

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00743-CR

Edwin Charles **NEW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0691
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to delete the requirement that appellant Edwin Charles New repay the costs of court-appointed counsel, assessed at $1,612.50, as reflected in the Bexar County District Clerk's bill of cost. The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED November 13, 2013.

_____
Luz Elena D. Chapa, Justice